Jeremy Jerome Smiley BV3009
Name and Prisoner/Booking Number

CSP-Solano
Place of Confinement

2100 Peabody Rd
Mailing Address

Vacaville, CA 95696
City, State, Zip Code

**FILED**

JUN 24 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeremy Jerome Smiley, )
(Full Name of Plaintiff)           )
                    Plaintiff,     )
                                   )
        v.                         )   CASE NO. 2:24-CV-01626-EFB
                                   )       (To be supplied by the Clerk)
(1) Jason Schultz et.al.,          )
(Full Name of Defendant)           )
(2) Bernardino, CCI,               )
                                   )   **CIVIL RIGHTS COMPLAINT**
(3) _____,        )   **BY A PRISONER**
                                   )
(4) _____,        )   ☐ Original Complaint
                    Defendant(s).  )   ☑ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: California State Prison - Solano, Vacaville

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __Jason Schultz__. The first Defendant is employed as: __Warden (A)__ at __CSP-Solano__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Bernadino__. The second Defendant is employed as: __Correctional Counselor 1__ at __CSP-Solano__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Smiley__ v. __Corpus__
      2. Court and case number: __23-CV-03617-PCP__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed With Prejudice__

   b. Second prior lawsuit:
      1. Parties: __Smiley__ v. __Martinez__
      2. Court and case number: __3:08-cv-02591-SI__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **Right of Freedom from Defamation, Freedom from Retaliation**.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff brings this "False Light Suit" before the court stating the following facts: On the Days and Months of April, During Correctional Counselor I Bernardino's Shift on C-Yard 13' Building, She has Continuously displayed Sexual Misconduct pursuant to CCR title 15 policy 3401.5. Refer to CCTV Camera's, regarding her Days and Hours for the Month of April. Specifically, every day of her shift on April 2024 Correctional Counselor Bernardino could be seen Flirting, Being Permiscuos, and Displaying Sexual Advances Behavior by placing herself in a position/posing with her backside towards me, displaying her buttocks as an invitation. CCTV Camera's. She displays this behavior outside of her office which is located to the left of the entreance Building. In these instances she could be seen not in her office as much working, but yet, in front of the Correctional Officer's Desk being flirty with her own staff or catching a peek at the bottom shower. CCTV Camera's. In addition, I have reached for my pen in a way of saying: I'm going to write you up if you continue. I have since exhausted All of my administrative remedies available to me. Log# 000000560724.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff Submitted a 7362 Health Care Services Request form on May 28, 2024 and was seen by RN Dayan Archimedes on May 29, 2024 who has determined that Plaintiff Suffered: Mental Distress, Anxiety, High BP, and weight loss in which I have copies from the RN.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Throughout this Cause of Action plaintiff has been Stalked, Emotionally Distressed, Ashamed, Embarrassed, Defamed by my peers, staff, and Work Supervisor Terry, Humiliated, Mortification, Shunned and Avoided into Isolation in the Building in which I live, C Yard Building #15, to include the Dinning Hall here on Facility C, 05/26/24 at 5:50pm sitting alone, 05/28/24 6pm to 6:20pm sitting alone, At work 05/28/24 Everyone avoided me, 05/20/24 at work Everyone avoided me, Refer to CCTV camera's, in PIA Laundry. Here, I believe plaintiff demonstrated a Hypotheses based on the Evidence presented.

In closing, it could be seen via CCTV Camera's here on Facility C Yard and in the Dinning Hall 1 on May 10th after filing the Denoted Grievance every Male Correctional Officer mean mugged me every day... and it can be shown that Correctional Counselor 1 Bernardino takes off 3, 2 sometimes weeks/months from work according to Facility C records and camera's.

Note: It can be shown that Bernardino did not come in to work on her normal work day June 3, 2024... Her regular days of work is Mon-Thur 0645 to 1500hrs.

Appellant has a similar appeal/Grievance in on Officer A. Reyes Log#000000564261, niether one has not been, still seen on Institution Grounds CCTV Camera C-Facility 06/6/24, 06/7/24.

Lastly, appellant has a Writ of Habeas Corpus Case No. WR24-00914 Surrounding this type of issue.

Plaintiff submitt this Amended Complaint with the following information:

1) Defendant, Correctional Counselor I Bernardino, Regular Days and Hours are Mon-Thur 0548 to 1500hrs Facility C Building #13. CCTV camera's.

2) <u>Since the Notice of this Litigation</u>, Correctional Counselor Bernardino has been relief of her post (Facility C) 13 Building and placed in Facility C, Center Complex where the Facility Sergeant's, Lieutenant's, Captain's, S&E's and Facility Camera's can be viewed. She could be seen 06/17/24, 06/18/24 0600hrs, 06/19/24 0552 hrs and 06/20/24 Though she has a Closed Door Office In Building 13. Reforms undertaken Under Pressure.

3) On 06/5/24 and 06/18/24 Plaintiff was seen by Mental Health Clinician OweKa LCSW

4) On 06/19/24 between the hours of 0615-0640 hrs CCTV Camera's and 06/20/24 Correctional Officer A. Reyes could be seen Mean mugging Plaintiff and on 06/20/24 @ 0625hrs Reyes could be seen via CCTV Camera's coming out of the Center Complex hiding behind an unknown Correctional Officer to my belief in reference to my current Stalking Charge Case No. 22NF011726A and as a proponent to Correctional Counselor Bernardino, (Retaliation). In addition, Correctional Sergeant K. Frade could also be seen 06/20/24 at 0633hrs in Facility C Chow Hall Staring me down as a means to intimidate CCTV Camera. The denoted Conduct continue to have a Psychological Effect on herein Plaintiff. Additionally, plaintiff is <u>being watched, Stalked, and Harassed via CCTV Camera's... In Center Complex.</u>

1. On 05/17/24 Plaintiff filed a Citizen's Complaint Grievance
2. on Correctional Officer A. Reyes Log# 564261. Bernardino's was
3. submitted first, but around the same time, as Reyes regarding
4. the same issue. Bernardino's was exhausted. but once Reyes's
5. was submitted it because the paper shuffle game to this date.
6. On 05/19/24 @ 0948hrs while in front of Facility C Yard Center
7. Complex Correctional Officer A. Reyes initiated a verbal confront-
8. ation towards me, with her Sergeant K. Frade backing her
9. CCTV Camera's.
10. On 06/20/24 Correctional Sergeant Frade stayed in the Center
11. Complex all day while Correctional Officer A. Reyes was in
12. and out most of the day, it is to my belief that a Machinate
13. has taken place at this time. Refer to CCTV Camera's Facility C.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: ___N/A___

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___N/A___

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: **N/A**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1) Plaintiff seek relief in the Termination of Correctional Counselor Duties for violation of CCR Title 15 3801.5 and Operations Manual 54040.1 Zero Tolerance Policy
2) Plaintiff seeks General Damages, Punitive Damages, Compensatory Damages or Monetary Damages for the Mental Distress, Anxiety, High blood Presure and weight lost. In the amount of $10,000.
3) Additionally, Plaintiff seeks relief for the Constitutional Violation stated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 7, 2024__          __Jeremy J. Smiley__
                DATE                    SIGNATURE OF PLAINTIFF

__N/A__
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

__N/A__
(Signature of attorney, if any)

__N/A__
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate. __Jeremy Smiley__, __BV3009__

My prison address is:  California State Prison - Solano

Housing: __C15-2-5L__

P.O. Box 4000

Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: __Jeremy J. Smiley__   Case #: __2:24-CV-01626-EFB__

Document(s) Served: __Amended Complaint__

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on __June 20, 2024__, in Vacaville, California

"date"    Signature: __Jeremy Smiley__

Printed Name: __Jeremy Smiley__

# Exhibit A





STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

Submitted 3:45pm

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| • If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR: MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Jeremy Smiley
CDCR NUMBER: BV3009
HOUSING: C15-2-5L
PATIENT SIGNATURE: Jeremy Smiley
DATE: 06-19-24

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

Hello, I submitted a CDCR 7362 on 05/28/24 and was seen on 05/29/24 regarding 1) Correctional Officer A. Reyes and Correctional Counselor I Bernardino Sexual Misconduct I want reported, I have since filed a Grievance Log #564261, and Log #573891 now Facility C Correctional Staff are calling around trying to hide

[Margin note:] A. Reyes Log #564261 need to be addressed

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM