UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JEROME SMILEY,

    Plaintiff,

    v.

JASON SCHULTZ, et al.,

    Defendants.

No. 2:24-cv-1626 KJM EFB (PC)

ORDER

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice (ECF No. 14). Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: August 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1