UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerome Jerome Smiley,<br><br>        Plaintiff,<br><br>    v.<br><br>Schultz, et al.,<br><br>        Defendants. | No. 2:24-cv-01626-KJM-EFB<br><br>ORDER |

Court staff have informed the undersigned that plaintiff Smiley has sent irrelevant information to the email inbox this court maintains for receiving and processing proposed orders and similar materials.

The court orders plaintiff not to send similar emails in the future. Any materials he intends for the court to consider must be filed on the docket of this action. The court has instructed its staff to disregard plaintiff's emails and to block the address he has used to send them.

Any failure to comply with this order in the future, or to circumvent it, may result in sanctions, such as monetary sanctions (fines).

IT IS SO ORDERED.

DATED: March 11, 2025.

UNITED STATES DISTRICT JUDGE

1